# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139068(22)

ANTHONY J. BREWER,
      Plaintiff-Appellant,

v

A.D. TRANSPORT EXPRESS, INC., and
ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,
      Defendants-Appellees.
_____

SC: 139068
COA: 289941
WCAC: 08-000124

      On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk